No. 1001.

### SUCCESSION OF DAVID WELLS.   OPPOSITION OF HIS WIDOW.

In determining whether the widow and heirs of a deceased person are entitled to receive one thousand dollars as the portion allowed under the Act in such case provided, account must be taken of the entire property owned by them, and its value be deducted therefrom.

APPEAL from the Parish Court of Vermillion.   KIBBE, J.

*O'Bryan* for the Succession.   *King* for the Widow Appellant.

DE BLANC, J., delivered the opinion affirming the judgment.

No. 1022.

### ALFRED MOSS vs. JAMES MUMM & Co.

In a suit for damages for violation of a contract of lease, the defendants may set up in reconvention their claim for damages caused by the plaintiff's breach of his contract.

APPEAL from the District Court for Calcasien.   HUDSPETH, J.

*Reid* and *Perrodin* for Plaintiff Appellant.   *Leveque* and *Garrigues* for Defendants.

MARR, J., delivered the opinion affirming the judgment.